FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 11 PM 12:07

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALFRED WAYNE PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV412-096 |
| ) | |
| FRANK PENNINGTON and ROBERT ) | |
| ATTRIDGE, ) | |
| ) | |
| Defendants. ) | |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc 9). After a careful de novo review of the record, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's § 1983 claim is **DISMISSED**. The Clerk of Clerk is **DIRECTED** to close this case.

SO ORDERED this 11th day of September 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA